UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-01028-DOC-JDE | Date | December 22, 2025 |
|---|---|---|---|
| Title | Robert Dalton v. County of Orange et al | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION

On December 5, 2025, the Court issued an ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (Dkt. 22) with leave for plaintiff to file a First Amended Complaint no later than December 19, 2025.

The amend complaint was not filed by the given deadline, therefore, the Court **ORDERS** that this action is closed.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | kdu |